BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2762
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE of CALIFORNIA, *ex rel.* GLENN DABEK,<br><br>         Plaintiffs,<br><br>    vs.<br><br>WALGREEN CO.,<br><br>         Defendant. | Case No. 2:13-cv-2397 WBS-DAD<br><br>**ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

[Proposed] Order on the United States'
Notice of Election to Decline Intervention        1

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provide in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:  March 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 25, 2015, she served a copy of:

**THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION and [PROPOSED] ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Peter G. Thyberg
THYBERGLAW
8789 Auburn Folsom Rd, Suite C337
Granite Bay, California 95746

Bernice Yew
California Department of Justice
Criminal Law Division
Bureau of Medi-Cal Fraud and Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, California 95815

*/s/ Dominique Williams*
DOMINIQUE WILLIAMS

1